John E. Freund, Esq.
Pa. I.D. No. 25390
Lucas J. Repka, Esq.
Pa. I.D. No. 93509
One West Broad Street
Suite 700
Bethlehem, Pennsylvania 18018
Attorneys for Defendants,
    The School District of Lebanon, Neil Young,
    and Maryanne Bartley

**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| KEENAN AND KIM KENNEDY, P/N/G of T.N., a minor, | : NO. 11-0382 |
|     Plaintiffs, | : |
| v. | : |
| | : |
| THE SCHOOL DISTRICT OF LEBANON, NEIL YOUNG, individually and in his official capacity, MARYANNE BARTLEY, individually and in her official capacity, THE GOOD SAMARITAN HEALTH SERVICES FOUNDATION OF LEBANON, and JOHN DOES 1-10, | : <br> : <br> : <br> : The Honorable John E. Jones, III <br> : <br> : <br> : |
|     Defendants. | : |

**MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6) FILED BY THE SCHOOL DISTRICT OF LEBANON, NEIL YOUNG, AND MARYANNE BARTLEY**

AND NOW comes the School District of Lebanon, Neil Young, individually and in his official capacity, and Maryanne Bartley, individually and in her official capacity, above-captioned Defendants, by and through their counsel, King, Spry, Herman, Freund & Faul, LLC, to move for dismissal of the First Amended Complaint filed by Kennan and Kim Kennedy, as parents and natural guardian of T.N., a minor, above-captioned Plaintiffs, based on their failure to state a claim upon which relief can be granted pursuant to Federal Rule of Civil Procedure 12(b)(6). The School District of Lebanon, Neil Young, individually and in his official capacity,

and Maryanne Bartley, individually and in her official capacity, will file a Brief in Support of the instant Motion to Dismiss in accordance with Local Rule 7.5.

    Respectfully Submitted,

    KING, SPRY, HERMAN, FREUND & FAUL

    By: /s/ *John E. Freund, III*
        John E. Freund, Esq.
        Pa. I.D. No. 25390
        Lucas J. Repka, Esq.
        Pa. I.D. No. 93509
        One West Broad Street
        Suite 700
        Bethlehem, Pennsylvania 18018
        Attorneys for Defendants,
            The School District of Lebanon, Neil
            Young, and Maryanne Bartley

Dated: June 20, 2011

# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KEENAN AND KIM KENNEDY, P/N/G of T.N., a minor, | : NO. 11-0382 |
| Plaintiffs, | : |
| v. | : |
| CITY OF LEBANON, THE SCHOOL DISTRICT OF LEBANON, NEIL YOUNG, individually and in his official capacity, MARYANNE BARTLEY, individually and in her official capacity, THE GOOD SAMARITAN HEALTH SERVICES FOUNDATION OF LEBANON, and JOHN DOES 1-10, | : The Honorable John E. Jones, III |
| Defendants. | : |

## **CERTIFICATE OF SERVICE**

I, hereby certify, that I served a true and correct copy of the Motion to Dismiss Plaintiffs' First Amended Complaint filed by the Lebanon Area School District, Neil Young, and Maryanne Bartley, pursuant to Federal Rule of Civil Procedure 12(b)(6), has been filed electronically and is available for viewing and downloading from the ECF system. The document has been served electronically on the following counsel of record, except where noted:

| | |
|---|---|
| Mathew B. Weisenberg | Michael C. Mongiello |
| Weisberg Law, P.C. | Marshall, Dennehey, Warner, Colman & Goggin |
| 7 South Morton Avenue | |
| Morton, Pennsylvania 19070 | 4200 Crums Mill Road, Suite B |
| Attorney for Plaintiffs | Harrisburg, Pennsylvania 17112 |
| | Attorney for Good Samaritan Health Services Foundation |

By: /s/ *John E. Freund, III*
John E. Freund, III, Esquire
Pa. I.D. No. 25390
One West Broad Street
Bethlehem, Pennsylvania 18018
Phone: (610) 332 – 0390
Date: June 20, 2011       Fax:    (610) 332 – 0314