# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KEENAN AND KIM KENNEDY P/N/G of TIREKE NEWSOME, a minor : : Plaintiffs, : : v. : : CITY OF LEBANON, et al. : : Defendants. : | NO.: 11-0382 |

## ORDER

AND NOW this __29th__ day of __June__, 2011, upon consideration of Plaintiffs' Motion for Enlargement of Time to Respond to Defendants, Bartley, et al., Motion to Dismiss, and any response thereto, it is hereby ORDERED and DECREED that Plaintiffs' Motion is GRANTED, and Plaintiffs shall respond to Defendants' Motion within twenty-one (21) days from the date of entry of this Order.

**AND IT IS SO ORDERED.**

s/ John E. Jones III
---
John E. Jones, III                    ,J.