UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

KEENAN AND KIM KENNEDY         :
P/N/G of TIREKE NEWSOME, a minor  :
                               :   NO.:  11-0382
           Plaintiffs,         :
                               :
v.                             :
                               :
CITY OF LEBANON, et al.        :
                               :
           Defendants.         :

## ORDER

AND NOW this __12th__ day of __July__, 2011, upon consideration of Plaintiffs' Motion to Enlarge Time to Respond to Defendants' Motions to Dismiss, and any response thereto, it is hereby ORDERED and DECREED that Plaintiffs' Motion to Enlarge is GRANTED, and Plaintiffs shall file their response to Defendants' motions within thirty (30) days from the date of entry of this Order.

**AND IT IS SO ORDERED.**

_____ ,J.
John E. Jones, III