# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KEENAN AND KIM KENNEDY : <br> P/N/G of TIREKE NEWSOME, a minor : <br> : <br> **Plaintiffs** : <br> : <br> v. : <br> : <br> CITY OF LEBANON, et al. : <br> : <br> **Defendants** : | CIVIL ACTION <br><br> No: 1:11-CV-0382-JEJ |

## REPLY BRIEF IN FURTHER SUPPORT OF MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(6) OF DEFENDANTS, GOOD SAMARITAN HEALTH SERVICES FOUNDATION AND GOOD SAMARITAN FAMILY PRACTICE

In further support of their Motion to Dismiss Plaintiff's Amended Complaint Pursuant to Fed. R. Civ. P. 12(b)(6), as filed of record on June 29, 2011 (Doc. 53), Defendants Good Samaritan Health Services Foundation and Good Samaritan Family Practice agree with and hereby adopt relevant and equally applicable arguments set forth in the Reply Brief of Co-Defendants, Maryanne T. Bartley, the School District of Lebanon and Neil Young as filed of record on August 26, 2011 (Doc. 59).

                                      **MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN**

                                      /S/
                                    By:  Craig A. Stone, Esquire
                                           Michael C. Mongiello, Esquire
                                           4200 Crums Mill Road, Suite B
                                           Harrisburg, PA 17112
                                           (717) 651-3500

Dated: September 1, 2011

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion to Dismiss has been served upon the following known counsel and parties of record this 1st day of September, 2011, via electronic filing:

Matthew B. Weisberg, Esquire
Weisberg Law, P.C.
7 South Morton Avenue
Morton, PA 19070

John E. Freund, III, Esquire
King, Spry, Herman, Freund &
Faul
One West Broad Street
Suite 700
Bethlehem, PA 18018

David J. MacMain, Esquire
Lamb McErlane, P.C.
24 East Market Street
PO Box 565
West Chester, PA 19381-0565

/S/
Michael C. Mongiello

05/762890.v1