UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

KEENAN AND KIM KENNEDY          :
P/N/G of TIREKE NEWSOME, a minor :
                                 :   NO.: 11-0382
            Plaintiffs,          :
                                 :
        v.                       :
                                 :
CITY OF LEBANON, et al.          :
                                 :
            Defendants.          :

## ORDER

AND NOW this 27th day of Sept., 2011, upon consideration of Plaintiffs' Motion for Leave to File a Rebuttal Memorandum, and any response thereto, it is hereby ORDERED and DECREED that Plaintiffs' Motion is GRANTED, and Plaintiffs are granted twenty-one (21) days to file a Rebuttal Memorandum in support of Plaintiffs' Response (Docket No. 58) to Defendants' Motion to Dismiss (No. 53).

**AND IT IS SO ORDERED.**

_____
John E. Jones, III         , J.