# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KEENAN KENNEDY, ET AL | : | 11cv382 |
| Plaintiff | : | Judge Jones |
| | : | |
| v. | : | |
| | : | |
| CITY OF LEBANON, ET AL., | : | |
| Defendants | : | |

**ORDER**
June 22, 2012

**BACKGROUND:**

On June 18, 2012 the parties agreed to Mediation Under FRCvP Rule 16.

**NOW, THEREFORE, IT IS ORDERED THAT:**

1. **Mediation.** The parties have agreed to mediation in accordance with the court annexed mediation program as provided by Local Rule 16.8.

2. **Designation of mediator.** Frank Lavery, Esquire, is designated as the mediator.

3. The mediation session shall be held at a date, time and place to be determined by the mediator.

4. Mediation shall be completed no later than August 22, 2012.

5. The clerk is directed to send to the mediator a copy of this order.

6. The mediation session shall proceed in accordance with the provisions of Local Rule 16.8.6.

7. The mediator shall promptly file with the court a report in the manner set forth in Local Rule 16.8.6(d).

              s/ John E. Jones III
              John E. Jones III
              United States District Judge